1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8    RICHARD G. HUMPHRIES,

9                          Plaintiff,                          CASE NO. C17-1847-JCC-BAT

10         v.                                                  **REPORT AND
                                                               RECOMMENDATION**

11    DONALD HOLBROOK, et al.,

12                          Defendants.

13         Plaintiff Richard G. Humphries, proceeding pro se and in forma pauperis, filed a

14    complaint alleging violations of his civil rights under 42 U.S.C. § 1983 by defendants, the

15    superintendent and several correctional officers at the Washington State Penitentiary in Walla

16    Walla, Washington. Mr. Humphries states that this district is the appropriate venue under 28

17    U.S.C. § 1391(b)(2) because it is where the events giving rise to this claim occurred. Complaint

18    at 1. However, the events he describes take place at the WSP, which is located in the Eastern

19    District of Washington. In addition, the defendants are all employed at the WSP and thus appear

20    to reside in the Eastern District of Washington. Complaint at 2-6. Accordingly, it appears that the

21    Eastern District of Washington is the appropriate venue for this case. 28 U.S.C.§ 1391(b)(1), (2).

22    The Court therefore recommends that this case be **transferred to the United States District

23    Court for the Eastern District of Washington**.

REPORT AND RECOMMENDATION - 1

1    A proposed order accompanies this Report and Recommendation. Any objections to this

2 recommendation must be filed by **January 18, 2018**. The Clerk should note the matter as ready

3 for the District Judge's consideration on that date. Objections shall not exceed six pages. The

4 failure to timely object may affect the right to appeal.

5    The Clerk is directed to send a copy of this Report and Recommendation and the

6 proposed order to plaintiff.

7    DATED this 4th day of January, 2018.

8

9    _____
     BRIAN A. TSUCHIDA
10    United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

REPORT AND RECOMMENDATION - 2