UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD G. HUMPHRIES, | CASE NO. C17-1847-JCC |
| Plaintiff, | ORDER |
| v. | |
| DONALD HOLBROOK, *et al.*, | |
| Defendants. | |

The Court, having reviewed Plaintiff Richard Humphries' 42 U.S.C. § 1983 complaint (Dkt. No. 6), the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge (Dkt. No. 8), the lack of objections thereto, and the remaining record, hereby FINDS and ORDERS that:

1. The Court ADOPTS the Report and Recommendation (Dkt. No. 8);
2. Plaintiff's 42 U.S.C. § 1983 complaint (Dkt. No. 6) is TRANSFERRED to the United States District Court for the Eastern District of Washington;
3. The Clerk shall SEND this file and a copy of this order to the Clerk of the United States District Court for the Eastern District of Washington and CLOSE this file in this district;
4. The Clerk shall SEND a copy of this order to Plaintiff.

//

DATED this 22nd day of January 2018.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE